NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT L. BEAVIS, EUGENE R. BISCAILUZ, ALAN G. CHESTERMAN, JOAN DONOHUE, on behalf of Todd Donohue, ALLEN V. HARINCK, RANDOLPH K. HINZ, JR., GERALD J. INNELLA, KENNETH N. OLSON, DAVID E. OTT, JOSHUA S. RABINOWITZ, JEROME J. SCHUCK, JAMES W. SCHULTZ, JR., WILLIAM A. TAYLOR, GAETAN A. PASSANNANTE, RICHARD KAAPUNI, GARY W. DAVIS, THOMAS F. SPAYD, WILLIAM J. ROGALSKI, DIANA RAYMOND,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2222

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-33307-TMD, Judge Thompson M. Dietz.

---

## O R D E R

The appellants having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT

August 28, 2023
    Date                              /s/ Jarrett B. Perlow
                                      Jarrett B. Perlow
                                      Clerk of Court


**ISSUED AS A MANDATE:** August 28, 2023